157 A.3d 483

COMMONWEALTH of Pennsylvania, Respondent

v.

Barry R. BUCHTER, Petitioner

No. 375 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of September, 2016, the Petition for Allowance of Appeal and the Application for Remand for Evidentiary Hearing are DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.